IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Polich, Matthew A | Case Number: 05 B 21638 |
| Polich, Diane M | Judge: Hollis, Pamela S |
| Printed: 10/22/08 | Filed: 5/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 8, 2008
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 28,138.00 | |
| Secured: | | 24,488.53 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,449.47 |
| Other Funds: | | 0.00 |
| Totals: | 28,138.00 | 28,138.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Defenders, P.C. | Administrative | 2,200.00 | 2,200.00 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 48,995.59 | 24,488.53 |
| 4. | RoundUp Funding LLC | Unsecured | 658.00 | 0.00 |
| 5. | St Alexius Medical Center | Unsecured | 672.03 | 0.00 |
| 6. | Ford Motor Credit Corporation | Secured | | No Claim Filed |
| 7. | Banco Popular N America | Unsecured | | No Claim Filed |
| 8. | AFC Insurance Agency | Unsecured | | No Claim Filed |
| 9. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 10. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 11. | Nextel Communications | Unsecured | | No Claim Filed |
| 12. | Home Depot | Unsecured | | No Claim Filed |
| 13. | Northwest Dematology SC | Unsecured | | No Claim Filed |
| 14. | Medical Center Anesthesia | Unsecured | | No Claim Filed |
| 15. | Partners In Primary Care | Unsecured | | No Claim Filed |
| 16. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 17. | Pathology CHP S C | Unsecured | | No Claim Filed |
| 18. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 19. | Neopath SC | Unsecured | | No Claim Filed |
| 20. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 21. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 22. | Westlake Community Hospital | Unsecured | | No Claim Filed |
| | | | $ 52,525.62 | $ 26,688.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Polich, Matthew A  
       Polich, Diane M  
       Printed: 10/22/08

Case Number:  05 B 21638  
Judge:  Hollis, Pamela S  
Filed:  5/31/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 58.44 |
| 5.5% | 432.08 |
| 5% | 212.40 |
| 4.8% | 289.72 |
| 5.4% | 326.05 |
| 6.5% | 130.78 |
|  | $ 1,449.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

